| Fill in this information to identify the case: | |
|---|---|
| United States Bankruptcy Court for the: CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION | |
| Case number (if known) _____ Chapter **11** | ☐ Check if this is an amended filing |

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Legacy Drayage, Inc.** |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **88-3403817** |
| 4. | **Debtor's address** | **Principal place of business** **18020 S Santa Fe Ave.** **Compton, CA 90221** Number, Street, City, State & ZIP Code  **Los Angeles** County | **Mailing address, if different from principal place of business** **335 E Albertoni St.# 200** **Carson, CA 90746** P.O. Box, Number, Street, City, State & ZIP Code  **Location of principal assets, if different from principal place of business** _____ Number, Street, City, State & ZIP Code |
| 5. | **Debtor's website** (URL) | **https://legacydrayage.us/** |
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) ☐ Partnership (excluding LLP) ☐ Other. Specify: _____ |

Debtor **Legacy Drayage, Inc.**　　Case number (*if known*) _____
　　　　Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.
**4841**

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. *Check **all** that apply*:

　■ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

　■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

　■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

　☐ A plan is being filed with this petition.

　☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

　☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

　☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

District _____　When _____　Case number _____
District _____　When _____　Case number _____

Debtor **Legacy Drayage, Inc.**  Case number (*if known*)
Name

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____  Relationship _____
District _____ When _____ Case number, if known _____

**11.** **Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12.** **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply*.)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
  What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes. Insurance agency _____
  Contact name _____
  Phone _____

---

**Statistical and administrative information**

**13.** **Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14.** **Estimated number of creditors**

■ 1-49        ☐ 1,000-5,000       ☐ 25,001-50,000
☐ 50-99      ☐ 5001-10,000       ☐ 50,001-100,000
☐ 100-199    ☐ 10,001-25,000     ☐ More than 100,000
☐ 200-999

**15.** **Estimated Assets**

☐ $0 - $50,000              ■ $1,000,001 - $10 million       ☐ $500,000,001 - $1 billion
☐ $50,001 - $100,000        ☐ $10,000,001 - $50 million      ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000       ☐ $50,000,001 - $100 million     ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million     ☐ $100,000,001 - $500 million    ☐ More than $50 billion

**16.** **Estimated liabilities**

☐ $0 - $50,000              ■ $1,000,001 - $10 million       ☐ $500,000,001 - $1 billion

Official Form 201          **Voluntary Petition for Non-Individuals Filing for Bankruptcy**          page 3

Debtor  **Legacy Drayage, Inc.**  Case number (*if known*)
Name

☐ $50,001 - $100,000    ☐ $10,000,001 - $50 million    ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000    ☐ $50,000,001 - $100 million    ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million    ☐ $100,000,001 - $500 million    ☐ More than $50 billion

Debtor  **Legacy Drayage, Inc.**                                              Case number (*if known*) _____
        Name

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **August 20, 2025**
              MM / DD / YYYY

X _/s/ Walter_____          **Walter Umana**
Signature of authorized representative of debtor   Printed name

Title **President and CEO**

**18. Signature of attorney**

X _/s/_____          Date **August 20, 2025**
Signature of attorney for debtor                     MM / DD / YYYY

**Ron Bender 143364**
Printed name

**Levene, Neale, Bender, Yoo & Golubchik L.L.P.**
Firm name

**2818 La Cienega Ave.**
**Los Angeles, CA 90034**
Number, Street, City, State & ZIP Code

Contact phone **(310) 229-1234**        Email address  **rb@lnbyg.com**

**143364 CA**
Bar number and State

## UNANIMOUS BOARD RESOLUTIONS AUTHORIZING FILING OF CHAPTER 11 BANKRUPTCY CASE AND RELATED MATTERS

The following Resolutions were duly and unanimously enacted by the full Board of Directors (the "**Board**") of Legacy Drayage Inc., a California corporation (the "**Company**"), and the same shall remain in full force and effect, without modification, unless and until the Board of the Company adopts a further resolution to the contrary:

**RESOLVED**, that the Board of the Company, after having considered the outstanding liabilities and assets of the Company, the Company's inability to meet its debts as they become due, the Company's fiduciary duties to its creditors and alternatives currently available to the Company, have determined that it is advisable and in the interests of the Company and its creditors to file a bankruptcy petition under Chapter 11 of the United States Bankruptcy Code;

**RESOLVED FURTHER**, that Walter O. Umana, the Chief Executive Officer, Chief Financial Officer, and Secretary of the Company, or such other person duly appointed by the Board of the Company (the "**Responsible Party**") is hereby authorized to execute and cause to be filed, on August 20, 2025, or such other date determined by the Responsible Party to be in the best interests of the Company, its creditors and other parties in interest, after consultation with the Company's counsel, a bankruptcy petition (and all related documents and papers) under Chapter 11 of the Bankruptcy Code to enable the Company to commence a Chapter 11 bankruptcy case;

**RESOLVED FURTHER**, that the Responsible Party is hereby authorized and directed, in the name of the Company, to employ the law firm of Levene, Neale, Bender, Yoo & Golubchik L.L.P. as bankruptcy counsel to the Company for purposes of filing the Chapter 11 bankruptcy petition and representing the Company in the Chapter 11 bankruptcy case

**RESOLVED FURTHER**, that the Responsible Party is hereby authorized to employ, in the name of the Company, any other professionals to represent or assist the Company in connection with the bankruptcy case that the Responsible Party deems to be in the best interests of the Company;

**RESOLVED FURTHER**, that the Responsible Party is hereby authorized and directed on behalf of and in the name of the Company to execute and file and to cause counsel to the Company to prepare with the assistance of the Company as appropriate all petitions, schedules, lists and other papers, documents and pleadings and to take any and all action which the Responsible Party deems necessary and proper in connection with the bankruptcy case;

**RESOLVED FURTHER**, that the authority granted to the Responsible Party pursuant to the foregoing resolutions to cause the Company to take further actions in connection with the bankruptcy case shall include, but not be limited to, seeking Bankruptcy Court approval for the Company to use cash collateral and/or to obtain post-bankruptcy financing and executing any agreements related to any of the foregoing;

compensating employees; hiring and terminating employees; purchasing products or materials; selling products; entering into or continuing with agreements; collecting accounts receivable; negotiating with creditors, lenders, vendors, suppliers and landlords; assuming, assigning, or rejecting executory contracts and unexpired leases; renegotiating the terms of executory contracts and unexpired leases; signing new or amended contracts and leases; commencing and defending litigation involving the Company; marketing the Company's assets for sale and consummating the sale of all or substantially all of the Company's assets for the most money possible; and formulating, filing and seeking to confirm a plan of reorganization; and

**RESOLVED FURTHER**, that all prior acts and deeds of the Responsible Party or the other officers of the Company acting in their capacity as an authorized representative of the Company, as the case may be, taken to carry out the intent and accomplish the purposes of the foregoing resolutions, are hereby approved, adopted, ratified and confirmed in all respects as the respective acts and deeds of the Company.

Dated: August 19, 2025

*Walter* [signature]
WALTER O. UMANA,
Sole Board Member

2

Fill in this information to identify the case:

Debtor name **Legacy Drayage, Inc.**

United States Bankruptcy Court for the: CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION

Case number (if known)

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**Declaration and signature**

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐ *Schedule H: Codebtors* (Official Form 206H)
☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ Amended *Schedule*
■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
■ Other document that requires a declaration    **Other documents included herewith.**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **August 20, 2025**    X /s/ Walter
Signature of individual signing on behalf of debtor

**Walter Umana**
Printed name

**President and CEO**
Position or relationship to debtor

Official Form 202    **Declaration Under Penalty of Perjury for Non-Individual Debtors**

Fill in this information to identify the case:

- Debtor name: **Legacy Drayage, Inc.**
- United States Bankruptcy Court for the: **CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**
- Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|
| Lift II Avalon LLC c/o Michael Murray & Matt Bean 180 Sutter Street, Suite 400 San Francisco, CA 94104 | Michael Murray & Matt Bean | Landlord for Lease of Real Property located at 16224-16240 S. Avalon Blvd. in Carson, California | Contingent Unliquidated Disputed Subject to Setoff | | | $799,149.00 |
| FLEXIVAN 7320 E BUTHERUS DR, STE 201 SCOTTSDALE, AZ 85260 | Lita Cardona CustomerSupport@FlexiVan.com 866-883-5394 | Chassis Rental | Contingent Unliquidated Disputed | | | $74,720.00 |
| FORUM MOBILITY 550 CALIFORNIA STREET STE 675 SAN FRANCISCO, CA 94104 | Dan Heise dan.heise@forummobility.com 773-230-1211 | EV CHARGES | | | | $42,741.25 |
| ALLIANCE SPECIALIZED 2827 NORTON AVE LYNWOOD, CA 90262 | Carlos alliancelateam@gmail.com 562-455-0555 | Forklift Rental | | | | $33,442.00 |
| AMEX CC 200 VESEY ST New York, NY 10281 | | Credit Card | | | | $31,517.94 |
| CHASE BANK CC 9200 OAKDALE AVE CHATSWORTH, CA 91311 | Gricelle Hernandez gricelle.hernandez@chase.com 562-980-1307 | Credit Card | | | | $22,785.33 |
| DCLI - Direct Chassis Link 3525 Whitehall Park Drive Suite 400 Charlotte, NC 28273 | Shureka Fisher Shannelle.Gunn@dcli.com 704-447-3247 | Chassis Rental | | | | $19,287.50 |

Official form 204        Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims        page 1

Debtor  **Legacy Drayage, Inc.**                                           Case number *(if known)*
        Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Your Petroleum 3943 Irvine Blvd. Irvine, CA 92602 | service@yourpetroleum.com 714-683-4897 | Fuel | | | | $18,813.80 |
| PREMIER AG TRANS P.O. Box 182 Goshen, CA 93227 | Brian Brower  brianbrower@premiertrailer.net 559-651-2272 | Chassis Rental | | | | $12,618.06 |
| Uline 12575 Uline Drive Pleasant Prairie, WI 53158 | customer.service@uline.com 800-295-5510 | Goods | | | | $2,227.00 |
| MUTUAL PROPANE 17117 S BROADWAY GARDENA, CA 90248-3115 | Marivic Grijalva  marivic@mutualpropane.com 310-515-0553 ext 122 | Propane | | | | $1,666.75 |
| HARBOR TRUCK PARTS 17316 S BROADWAY GARDENA, CA 90248 | Catherine Arellano  catherine@harbortruckparts.com 855-550-7278 | Parts | | | | $1,061.65 |

Official form 204          Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims          page 2

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br>**Ron Bender 143364**<br>**2818 La Cienega Ave.**<br>**Los Angeles, CA 90034**<br>**(310) 229-1234 Fax: (310) 229-1244**<br>California State Bar Number: 143364 CA<br>rb@lnbyg.com | FOR COURT USE ONLY |
|---|---|

☐ *Debtor(s) appearing without an attorney*
☑ *Attorney for Debtor*

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

| In re:<br><br>**Legacy Drayage, Inc.**<br><br><br><br><br><br>Debtor(s). | CASE NO.:<br>CHAPTER: 11<br><br>**VERIFICATION OF MASTER MAILING LIST OF CREDITORS**<br><br>**[LBR 1007-1(a)]** |
|---|---|

Pursuant to LBR 1007-1(a), the Debtor, or the Debtor's attorney if applicable, certifies under penalty of perjury that the master mailing list of creditors filed in this bankruptcy case, consisting of __5__ sheet(s) is complete, correct, and consistent with the Debtor's schedules and I/we assume all responsibility for errors and omissions.

Date: **August 20, 2025**

Walter Umana, President and CEO

Date: _____

Signature of Debtor 2 (joint debtor) ) (if applicable)

Date: **August 20, 2025**

Signature of Attorney for Debtor (if applicable)

---

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2015

**F 1007-1.MAILING.LIST.VERIFICATION**

Legacy Drayage, Inc.
335 E Albertoni St.# 200
Carson, CA 90746


Ron Bender
Levene, Neale, Bender, Yoo & Golubchik L.L.P.
2818 La Cienega Ave.
Los Angeles, CA 90034


Alliance Funding Group
18231 Irvine Blvd.
Tustin, CA 92780


ALLIANCE SPECIALIZED
2827 NORTON AVE
LYNWOOD, CA 90262


Alterna Capital Solutions LLC
Jeremy L. Bilsky, General Manager
2420 Lakemont Ave, Suite 350
Orlando, FL 32814


AMEX CC
200 VESEY ST
New York, NY 10281


Ascentium Capital Loan
23970 HWY 59 N
Kingwood, TX 77339


C.H. Brown Co., LLC
20 W. Frontage Road
Wheatland, WY 82201

Caroline Djang anBenjamin M. Heuer
Buchalter
500 Capitol Mall, Suite 1900
Sacramento, CA 95814


Chase
401 E Ocean Blvd.
Long Beach, CA 90802


CHASE BANK CC
9200 OAKDALE AVE
CHATSWORTH, CA 91311


Cline Industrial Holdings, LLC
Attn: Robert Neal
1201 N. Main St.
Los Angeles, CA 90012


Crossroads Equip. Lease and Finance
9385 Haven Ave.
Rancho Cucamonga, CA 91730


DCLI - Direct Chassis Link
3525 Whitehall Park Drive
Suite 400
Charlotte, NC 28273


Employment Development Department
Bankruptcy Group MIC 92E
P.O. Box 826880
Sacramento, CA 94280-0001


ESS Employee Leasing
2420 Enterprise Road, Suite 100
Clearwater, FL 33763

```
First Corporate Solutions
As Representative
914 S Street
Sacramento, CA 95811


FLEXIVAN
7320 E BUTHERUS DR, STE 201
SCOTTSDALE, AZ 85260


FlexiVan Leasing LLC
Ronald Widdows, CEO
8377 E Hartford Dr., Suite 205
Scottsdale, AZ 85255


FORUM MOBILITY
550 CALIFORNIA STREET STE 675
SAN FRANCISCO, CA 94104


Franchise Tax Board
Bankruptcy Section, MS: A-340
P.O. Box 2952
Sacramento, CA 95812-2952


Global Merchant Cash, Inc.
d/b/a Wall Street Funding
30 Broad St., 14th Floor
New York, NY 10004


HARBOR TRUCK PARTS
17316 S BROADWAY
GARDENA, CA 90248


HILL, FARRER & BURRILL LLP
Attn: William W. Steckbauer
515 S. Flower Street, 7th Floor
Los Angeles, CA 90071
```

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346


Legacy Dispatch Logistics
18020 S Santa Fe Ave.
Compton, CA 90221


Lift II Avalon LLC
c/o Michael Murray & Matt Bean
180 Sutter Street, Suite 400
San Francisco, CA 94104


Los Angeles County Tax Collector
P.O. Box 54110
Los Angeles, CA 90054-0110


MUTUAL PROPANE
17117 S BROADWAY
GARDENA, CA 90248-3115


ONDECK
P.O. Box 4356
Houston, TX 77210


Pacific Industrial Partners, LLC
Attn: Adam Milstein
15910 Ventura Blvd. Suite 700
Encino, CA 91436


PREMIER AG TRANS
P.O. Box 182
Goshen, CA 93227

Southern California Edison
2244 Walnut Grove Ave.
Rosemead, CA 91770


Spectrum
400 Washington Blvd.
Stamford, CT 06902


State Board of Equalization
Account Information Group, MIC: 29
P.O. Box 942879
Sacramento, CA 94279-0029


T-Mobile
12920 SE 38th St.
Bellevue, WA 98006


Toyota Industries
Commercial Finance, Inc.
P.O. Box 9050
Coppell, TX 75019


Uline
12575 Uline Drive
Pleasant Prairie, WI 53158


Umana Strategic Group
211 E. Ocean Blvd, Suite 510
Long Beach, CA 90802


Walter Umana
18020 S Santa Fe Ave.
Compton, CA 90221

```
Your Petroleum
3943 Irvine Blvd.
Irvine, CA 92602
```